45 A.3d 404

GYPSY LANE OWNERS ASSOCIATION, Respondent

v.

Lissette DEJESUS, Petitioner.

No. 45 EM 2012.

Supreme Court of Pennsylvania.

May 31, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of May, 2012, the Petition for Stay and the Petition to Supplement are **DENIED.**